

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00450-CV

**CITY OF SAN ANTONIO,** Texas, Fire Chief Charles Hood, In his Offical Capacity, and City Manager Sheryl Sculley, In her Official Capacity,
Appellants

v.

**INTERNATIONAL ASSOCATION OF FIRE FIGHTERS, LOCAL 624,**
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13252
The Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file their reply brief is GRANTED. Appellants' reply brief is due January 23, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court